IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BCG, INC., a Delaware corporation, <br> CHESAPEAKE PRODUCTS & <br> SERVICES, INC., a Delaware corporation <br><br> Plaintiffs, <br> v. <br><br> GLES, INC., a Delaware corporation, <br> d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff <br> v. <br><br> Sunoco, Inc. <br><br> Third-Party Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 07-cv-207 (GMS) <br><br> TRIAL BY JURY <br> OF TWELVE DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Hugh J. Hutchison, Esquire of Leonard, Sciolla, Hutchison, Leonard & Tinari, LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-3442 (fax)
*Attorneys for Defendant GLeS, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*

DATED: April 30, 2007

SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on April 30, 2007 I caused to be electronically filed a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| John W. Paradee, Esquire | Thomas H. Kovach, Esquire |
| D. Benjamin Snyder, Esquire | PEPPER HAMILTON LLP |
| Glenn C. Mandalas, Esquire | Hercules Plaza, Suite 5100 |
| PRICKETT, JONES & ELLIOTT, P.A. | 1313 Market Street |
| 11 North State Street | P.O. Box 1709 |
| Dover, Delaware 19901 | Wilmington, DE 19899-1709 |

I further certify that on April 30, 2007 I caused a copy of the foregoing, Motion and Order for Admission *Pro Hac Vice*, to be served by hand delivery on the above-listed counsel of record.

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-3442 (fax)
*Attorneys for Defendant GLeS, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation, <br> CHESAPEAKE PRODUCTS & <br> SERVICES, INC., a Delaware corporation <br><br> Plaintiffs, <br> v. <br><br> GLES, INC., a Delaware corporation, <br> d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff <br> v. <br><br> Sunoco, Inc. <br><br> Third-Party Defendant | C.A. No. 07-cv-207 (GMS) <br><br> TRIAL BY JURY <br> OF TWELVE DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Hugh J. Hutchison, Esquire of Leonard, Sciolla, Hutchison, Leonard & Tinari, LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-3442 (fax)
*Attorneys for Defendant GLeS, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*

DATED: April 30, 2007

SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      I, Seth J. Reidenberg, Esquire, hereby certify that on April 30, 2007 I caused to be electronically filed a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| John W. Paradee, Esquire | Thomas H. Kovach, Esquire |
| D. Benjamin Snyder, Esquire | PEPPER HAMILTON LLP |
| Glenn C. Mandalas, Esquire | Hercules Plaza, Suite 5100 |
| PRICKETT, JONES & ELLIOTT, P.A. | 1313 Market Street |
| 11 North State Street | P.O. Box 1709 |
| Dover, Delaware 19901 | Wilmington, DE 19899-1709 |

      I further certify that on April 30, 2007 I caused a copy of the foregoing, Motion and Order for Admission *Pro Hac Vice*, to be served by hand delivery on the above-listed counsel of record.

Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-3442 (fax)
*Attorneys for Defendant GLeS, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Hugh J. Hutchison, Esquire
Leonard, Sciolla, Hutchison, Leonard & Tinari, LLP
1515 Market Street, 18th Floor
Philadelphia, PA 19102
(215) 567-1530
(215) 564-4611 (fax)

Dated: April 27, 2007