**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
GARY F. TRAYNOR
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*

* ALSO ADMITTED IN PA

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

Writer's E-Mail Address: JWParadee@prickett.com

May 7, 2007

**VIA ELECTRONIC FILING**

Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

RE:  BCG, Inc., et al., v. GLES, Inc. v. Sunoco, Inc.
     C.A. No. 07-cv-207 (GMS)

Dear Judge Sleet:

I represent the Plaintiffs, BCG, Inc. and Chesapeake Products & Services, Inc., in the above-referenced civil action, which was removed from the Superior Court of State of Delaware in and for Kent County to this Court on April 19, 2007. I am writing to request a teleconference with the Court to discuss the scheduling of this matter in light of the aforesaid removal. Pursuant to Local Rule 81.2, with the exception of the request set forth herein, I hereby advise the Court that there are no pending matters that require judicial action.

Thank you for the Court's attention to this matter. If Your Honor should have any questions whatsoever, I shall remain available at the call of the Court.

Very truly yours,

John W. Paradee
(DE Bar No. 2767)

cc:  Seth J. Reidenberg, Esquire
     Hugh J. Huthchison, Esquire
     Thomas H. Kovach, Esquire
     Harry Storm, Esquire