IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>   Plaintiffs,<br><br>  v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>   Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>SUNOCO, INC.,<br><br>   Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of applicant Harry C. Storm, Esquire, to represent BCG, Inc. and Chesapeake Products & Services, in this action.

Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

              PRICKETT, JONES & ELLIOTT, P.A.

              BY: _____
              D. BENJAMIN SNYDER (#4038)
              11 North State Street
              Dover Delaware 19901
              (302) 674-3841
              *Attorney for Plaintiffs BCG, Inc., et. al.*

DATED:   May 14, 2007

20083.1\333667v1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>            Plaintiffs,<br><br>    v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>            Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>SUNOCO, INC.,<br><br>            Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

20083.1\333667v1

                                                           /s/ Harry C. Storm  
                                                           Harry C. Storm, Esquire  
                                                           Lerch, Early & Brewer, Chartered  
                                                           3 Bethesda Metro Center, Suite 460  
                                                           Bethesda, Maryland 20814  
                                                           (302) 907-2817

Dated: May 10, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>        Plaintiffs,<br><br>    v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>        Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>SUNOCO, INC.,<br><br>        Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## ORDER

Upon consideration of the Motion for Admission <u>Pro Hac Vice</u> on behalf of Harry C. Storm, as counsel for Plaintiffs, BCG, Inc. and Chesapeake Products & Services, in the above captioned case, pursuant to Local Rule 90.1, it is this _____ day of _____, 2007, hereby ORDERED that the Motion is GRANTED.

 

                                                                    _____
                                                                              JUDGE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>SUNOCO, INC.,<br><br>Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## CERTIFICATE OF SERVICE

I, D. Benjamin Snyder, hereby certify that on this 14th day of May, 2007, I caused to be electronically filed a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington DE 19899-0391

Thomas H. Kovach, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington DE 19899-1709

I further certify that on this 14th day of May, 2007, I caused a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* to be served by U.S. Mail, postage prepaid, to the above-listed counsel of record.

20083.1\333667v1

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
D. BENJAMIN SNYDER (#4038)
11 North State Street
Dover Delaware 19901
(302) 674-3841
*Attorney for Plaintiffs BCG, Inc., et. al.*

20083.1\333667v1