IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>   Plaintiffs,<br><br>   v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY,<br><br>   Defendant/Third-Party Plaintiff,<br><br>   v.<br><br>SUNOCO, INC.,<br><br>   Third-Party Defendant | C.A. No. 07-cv-207 (GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of David E. Brand, Esquire, on behalf of the Plaintiffs, BCG, INC., and CHESAPEAKE PRODUCTS & SERVICES in the above-captioned case.

         **PRICKETT, JONES & ELLIOTT, P.A.**

         BY: _____
         DAVID E. BRAND (DE Bar No. 201)
         JOHN W. PARADEE (DE Bar No. 2767)
         D. BENJAMIN SNYDER (DE Bar No. 4038)
         11 North State Street
         Dover Delaware 19901
         (302) 674-3841
         *Attorney for Plaintiffs BCG, Inc., et. al.*

Dated: July 19, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., d/b/a SWEET OIL COMPANY <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> SUNOCO, INC., <br><br> Third-Party Defendant | C.A. No. 07-cv-207(GMS) <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

## CERTIFICATE OF SERVICE

I, D. Benjamin Snyder, hereby certify that on this 19th day of July, 2007, I caused to be electronically filed a true and correct copy of the Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington DE 19899-0391

Thomas H. Kovach, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington DE 19899-1709

I further certify that on this 19th day of July, 2007, I caused a copy of the foregoing Entry of Appearance to be served by U.S. Mail, postage prepaid, to the above-listed counsel of record.

**PRICKETT, JONES & ELLIOTT, P.A.**

BY: _____
D. BENJAMIN SNYDER (#4038)
11 North State Street
Dover Delaware 19901
(302) 674-3841
*Attorney for Plaintiffs BCG, Inc., et. al.*