IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> SUNOCO, INC., <br><br> Third-Party Defendant. | C.A. No. 07-cv-207 (GMS) <br><br> TRIAL BY JURY OF TWELVE DEMANDED. |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE were served upon the following counsel on August 29, 2007 via regular U.S. Mail. A copy of this Notice of Service was also served on the counsel below by U.S. Mail on August 29, 2007.

Thomas H. Kovach, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709

20083.1\344889v1

Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391


Hugh J. Hutchinson, Esquire
Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP
1515 Market Street, 18th Floor
Philadelphia, PA 19102


**PRICKETT, JONES & ELLIOTT, P.A.**

By: /s/ DBS
David E. Brand (DE Bar No. 201)
John W. Paradee (DE Bar No. 2767)
D. Benjamin Snyder (DE Bar No.. 4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841

and

Harry C. Storm
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

*Attorneys for the Plaintiffs*

DATED: August 29, 2007

20083.1\344889v1