IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> GLES, INC., d/b/a SWEET OIL COMPANY, <br><br>  Defendant/Third-Party Plaintiff, <br><br> v. <br> SUNOCO, INC., <br><br>  Third- Party Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 07-cv-207 (GMS) <br> : TRIAL BY JURY OF TWELVE <br> : DEMANDED. <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

I, Seth J. Reidenberg, hereby certify that on October 25, 2007, two copies of **Defendant's Responses to Plaintiffs' First Request for Production of Documents** and **Defendant's Response Plaintiffs' First Set of Interrogatories** were delivered in the manner indicated below to the following attorneys of record:

*Via First Class Mail*

John W. Paradee, Esquire
D. Benjamin Snyder, Esquire
Glenn C. Mandalas, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, Delaware 19901

*Via First Class Mail*

Thomas H. Kovach, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Seth J. Reidenberg

                    Seth J. Reidenberg, Esquire (No. 3657)
                    The Brandywine Building
                    1000 West Street, 17th 19801
                    P.O. Box 391
                    Wilmington, DE 19899-0391
                    (302) 571-6600
                    (302) 576-3442 (fax)
                    *Attorneys for Defendant GLeS, Inc.,*
                    *A Delaware Corporation, d/b/a Sweet Oil Company*

Dated: October 25, 2007

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on October 25, 2007, I electronically filed a true and correct copy of the foregoing Notice of Service of **Defendant's Responses to Plaintiffs' First Request for Production of Documents** and **Defendant's Response Plaintiffs' First Set of Interrogatories** and this Certificate of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John W. Paradee, Esquire
D. Benjamin Snyder, Esquire
Glenn C. Mandalas, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
11 North State Street
Dover, Delaware 19901

Thomas H. Kovach, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-3442 (fax)
*Attorneys for Defendant GLeS, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*