IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. et al. | : |
|     Plaintiffs | : |
| v. | : Civil Action No. 07-207 GMS |
| GLeS, INC. | : |
|     Defendant/Third-Party Plaintiff | : |
| SUNOCO, INC. | : |
|     Third-Party Defendant | : |

## ORDER

WHEREAS, on April 19, 2007, this case was removed from the Superior Court of Delaware and assigned to the undersigned on April 25, 2007;

WHEREAS, on August 7, 2007, a scheduling order was issued;

WHEREAS, on September 6, 2007, a motion for leave to amend/correct the third-party complaint was filed by GleS, Inc. (D.I. 17);

WHEREAS, to date, the court's docket reflects that an opposition to the motion has not been filed;

IT IS HEREBY ORDERED that:

1. The motion for leave to amend/correct the third-party complaint is GRANTED; and

2. The Third-Party Amended Complaint is deemed filed as of the date of this Order.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

November 5, 2007