IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation and CHESAPEAKE PRODUCTS & SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., a Delaware corporation, d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> SUNOCO, INC., <br><br> Third-Party Defendant. | C.A. NO. 07-cv-207 (GMS) <br><br> TRIAL BY JURY <br> OF TWELVE DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of A. Christopher Young to represent Third-Party Defendant, Sunoco, Inc. in this matter.

Dated: November 7, 2007

Respectfully submitted,

/s/ *Thomas H. Kovach*
Thomas H. Kovach (Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390

Attorneys for Third Party Defendant Sunoco, Inc. (R&M)

#8751036 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

                                                      A. Christopher Young
                                                      PEPPER HAMILTON LLP
                                                      3000 Two Logan Square
                                                      18th and Arch Streets
                                                      Philadelphia, PA 19103-2799
                                                      Telephone No.: (215) 981-4000
                                                      Facsimile No.: (215) 981-4750

Dated: November 7, 2007

#8751036 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation and CHESAPEAKE PRODUCTS & SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., a Delaware corporation, d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> SUNOCO, INC., <br><br> Third-Party Defendant. | : <br> : <br> : C.A. NO. 07-cv-207 (GMS) <br> : <br> : TRIAL BY JURY <br> : OF TWELVE DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

IT IS HEREBY ORDERED that counsel's motion for the admission of A. Christopher Young, Esquire to practice in this action *pro hac vice* is hereby granted.

IT IS SO ORDERED this ___ day of November, 2007.

_____
Gregory M. Sleet, J.

#8751036 v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, a copy of the foregoing Third Party Defendant's Motion and Order for Admission *Pro Hac Vice* was served with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Seth J. Reidenberg, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>*Attorneys for Defendant/Third-Party Plaintiff* | D. Ben Snyder, Esq.<br>Prickett Jones & Elliott, P.A.<br>11 North State Street<br>Dover, DE  19901<br>*Attorneys for Plaintiffs* |

I further certify that on November 7, 2007, a copy of the foregoing Third Party Defendant's Motion and Order for Admission *Pro Hac Vice* was served by U.S. Mail, postage prepaid, to the above-listed counsel of record.

/s/ *Thomas H. Kovach*
Thomas H. Kovach (Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390

*Attorneys for Third Party Defendant*
*Sunoco, Inc. (R&M)*