IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation and CHESAPEAKE PRODUCTS & SERVICES, <br><br>　　　　　Plaintiffs, <br>　　　　　　v. <br><br>GLES, INC., a Delaware corporation, d/b/a SWEET OIL COMPANY, <br><br>　　　　Defendant/Third-Party Plaintiff, <br><br>SUNOCO, INC., <br><br>　　　　Third-Party Defendant. | C.A. NO. 07-cv-207 (GMS) <br><br> TRIAL BY JURY <br> OF TWELVE DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of Matthew A. Kaplan (DE Bar No. 4956) as counsel for Sunoco, Inc., defendant in the above matter, in place of Thomas H. Kovach (DE Bar No. 3964).

/s/ Matthew A. Kaplan
Albert H. Manwaring, IV (DE Bar No. (4339)
Matthew A. Kaplan (DE Bar No. 4956)
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
kaplanm@pepperlaw.com

Dated: November 30, 2007

Attorneys for Third Party Defendant Sunoco, Inc. (R&M)

#9101526 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, a copy of Third-Party Defendant Sunoco, Inc. (R&M) Notice of Substitution of Counsel was served electronically upon the following counsel of record via *Lexis/Nexis File and Serve*:

Seth J. Reidenberg, Esq.  
Young Conaway Stargatt & Taylor LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE  19899-0391  
*Attorneys for Defendant/Third-Party Plaintiff*

D. Ben Snyder, Esq.  
Prickett Jones & Elliott, P.A.  
11 North State Street  
Dover, DE  19901  
*Attorneys for Plaintiffs*

/s/ Matthew A. Kaplan  
Matthew A. Kaplan (DE Bar No. 4956)

#9101526 v1