### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and<br>CHESAPEAKE PRODUCTS & SERVICES,<br><br>                    Plaintiffs,<br><br>v.<br><br>GLES, INC. d/b/a SWEET OIL COMPANY,<br><br><br>                    Defendant/Third-Party Plaintiff,<br>v.<br><br>SUNOCO, INC.,<br><br>                    Third-Party Defendant. | C.A. No. 07-cv-207 (GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED<br><br>NON-ARBITRATION CASE |

## **STIPULATION**

**AND NOW**, comes defendant, GLES, Inc. d/b/a Sweet Oil Company ("Sweet Oil") and third-party defendant, Sunoco, Inc. (R&M) ("Sunoco"), by and through their undersigned counsel, and hereby stipulate as follows:

**WHEREAS**, Sweet Oil filed a Third-Party Complaint against Sunoco which contained three counts. The second count (Count II) sought indemnification from Sunoco; and

**WHEREAS**, Sunoco filed a Motion to Dismiss Count II; and,

**WHEREAS**, Sweet Oil does not oppose the relief sought by Sunoco in its Motion to Dismiss.

**WHEREFORE**, the parties hereby agree as follows:

1. Sweet Oil voluntarily dismisses Count Two of the Third-Party Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c);

2. Sunoco withdraws its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) as moot; and

3. Sunoco will file an answer to the Third-Party Complaint within ten days of the Court's approval and filing of this Stipulation.

| | |
|---|---|
| YOUNG CONAWAY STARGATT AND TAYLOR, LLP | PEPPER HAMILTON LLP |
| By: /s/ Seth J. Reidenberg<br>Seth J. Reidenberg (#3657)<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone No.: (302) 571-6706<br>Facsimile No. (302) 576-3442<br><br>Hugh J. Hutchinson<br>Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP<br>1515 Market St<br>18th Floor<br>Philadelphia, PA 19102<br>Telephone No.: (215) 561-6754<br><br>*Attorneys for Defendant,*<br>*GLES, Inc. d/b/a Sweet Oil Company* | By: /s/ Matthew A. Kaplan<br>Matthew A. Kaplan (#4956)<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone No.: (302) 777-6528<br>Facsimile No. (302) 421-8390<br><br>A. Christopher Young<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone No.: (215) 981-4190<br><br>*Attorneys for Third Party Defendant,*<br>*Sunoco, Inc. (R&M)* |

APPROVED BY:

_____
J.