IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> SUNOCO, INC., <br><br> Third-Party Defendant. | C.A. No. 07-cv-207 (GMS) <br><br> TRIAL BY JURY OF TWELVE DEMANDED. |

## STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, the Court entered a Scheduling Order in the above-captioned civil action on August 7, 2007;

WHEREAS, the parties' expert reports on issues for which the parties bear the burden of proof are due on January 31, 2007;

WHEREAS, the Plaintiffs' expert needs additional time to prepare his report on damages; and

WHEREAS, the parties have agreed to a three-week extension of the deadline for the parties' expert reports, and a one-week extension of the discovery cut-off.

NOW THEREFORE, the parties in the above-captioned civil action, who hereby stipulate and agree, subject to the approval of the Court, that the Scheduling Order entered by the Court in this action on August 7, 2007 shall be and is hereby amended to provide as follows:

1. Expert reports on issues for which parties have the burden of proof are due on February 22, 2008.

2. Rebuttal expert reports are due March 20, 2008.

3. All discovery in this case shall be initiated so that it will be completed on March 31, 2008.

4. The remaining dates and deadlines contained in the Scheduling Order shall continue to govern the course of proceedings in this action until further Order of the Court.

IT IS SO STIPULATED AND AGREED BY THE PARTIES.

| | |
|---|---|
| /s/ D. Benjamin Snyder | /s/ Seth J. Reidenberg |
| David E. Brand (DE Bar No. 201) | Seth J. Reidenberg (DE Bar No. 3657) |
| John W. Paradee (DE Bar No. 2767) | Young, Conaway, Stargatt & Taylor |
| D. Benjamin Snyder (No. 4038) | The Brandywine Building |
| Prickett, Jones & Elliott, P.A. | 1000 West Street, 17th Floor |
| 11 North State Street | Wilmington, Delaware 19801 |
| Dover, Delaware 19901 | (302) 571-6706 |
| (302) 674-3841 | |
| | *and* |
| *and* | |
| | Hugh J. Hutchison |
| Harry C. Storm | Leonard, Sciolla, Hutchison, |
| Lerch, Early & Brewer, Chartered | Leonard & Tinari, LLP |
| 3 Bethesda Metro Center, Suite 460 | 1515 Market Street, 18th Foor |
| Bethesda, MD 20814 | Philadelphia, PA 19102 |
| | |
| *Counsel for the plaintiffs.* | *Counsel for Gles, Inc.* |

/s/ Matthew A. Kaplan
Matthew A. Kaplan (DE Bar No. 4956)
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
(302) 777-6528

*and*

A. Christopher Young
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

*Counsel for Sunoco, Inc.*


**IT IS SO ORDERED** this \_\_\_\_\_ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE