IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>GLES, INC., d/b/a SWEET OIL COMPANY, <br><br>　　　　Defendant/Third-Party Plaintiff, <br><br>　　v. <br><br>SUNOCO, INC., <br><br>　　　　Third-Party Defendant. | C.A. No. 07-cv-207 (GMS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITIONS

Plaintiffs intend to take the deposition, upon oral examination, of the persons identified below, on the dates and at the times indicated. The depositions will be taken before a Notary Public authorized to administer an oath, and will continue from day to day until completed. The depositions will be taken at the offices of Prickett, Jones & Elliott, PA, 11 North State Street, Dover, DE 19901 or at such other location as the parties may agree. The depositions will be recorded by stenographic means.

| | | |
|---|---|---|
| Mark Greco: | March 18, 2008 | 9:00a.m. |
| William Sweet: | March 18, 2008 | 1:00p.m. |
| John McTeer: | March 19, 2008 | 9:00a.m. |

782715.1                                                                                                                                        79205.001

GleS, Inc.             March 19, 2008           1:00p.m. – Pursuant to Rule 30(b)(6), Fed. R. Civ. P., defendant GleS, Inc. shall designate one or more officers or managing agents to testify regarding the following:

1. All aspects of the assignment of plaintiffs' agreements with Peninsula Oil Co., Inc. to defendant.

2. The setting of wholesale and retail motor fuel prices for motor fuel sold to/from either of plaintiffs' stations, including diesel prices.

3. The damages defendant seeks through its Counterclaim, including all aspects of such damages.

4. The payment or non-payment of Mobil incentive monies at the Delmar station and the payment or nonpayment of commissions at the Laurel station.

5. The freight rates charged to plaintiffs.

6. The termination of the Mobil franchise.

7. The sending of a July 19, 2006 letter to plaintiffs' prospective suppliers.

                         PRICKETT, JONES & ELLIOTT, P.A.

                         /s/ D. Benjamin Snyder
                         David E. Brand (DE Bar No. 201)
                         John W. Paradee (DE Bar No. 2767)
                         D. Benjamin Snyder (DE Bar No. 4038)
                         11 North State Street
                         Dover, Delaware 19901
                         (302) 674-3841

                         *and*

                                Harry C. Storm
                                Lerch, Early & Brewer, Chartered
                                3 Bethesda Metro Center, Suite 460
                                Bethesda, MD 20814

Date: February 21, 2008        *Attorneys for the Plaintiffs*

cc:  Lorena Hartnett, Court Reporter

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>        Plaintiffs,<br><br>    v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>        Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>SUNOCO, INC.,<br><br>        Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

### CERTIFICATE OF SERVICE

I, D. Benjamin Snyder, hereby certify that on this 21st day of February, 2008, I caused to be electronically filed a true and correct copy of the **NOTICE OF DEPOSITIONS** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| Seth J. Reidenberg, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington DE 19899-0391 | Matthew A. Kaplan, Esquire<br>Pepper Hamilton, LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington DE 19899-1709 |
|---|---|
| | |

| Hugh J. Hutchinson, Esquire<br>Leonard, Sciolla, Hutchinson,<br>Leonard & Tinari, LLP<br>1515 Market Street, 18th Floor<br>Philadelphia, PA 19102 | A. Christopher Young, Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799 |
|---|---|
| | |

I further certify that on this 21st day of February, 2008, I caused a copy of the foregoing **NOTICE OF DEPOSITIONS** to be served by U.S. Mail, postage prepaid, to the above-listed counsel of record.

> **PRICKETT, JONES & ELLIOTT, P.A.**
>
> By: _____
> David E. Brand (DE Bar No. 201)
> John W. Paradee (DE Bar No. 2767)
> D. Benjamin Snyder (DE Bar No.. 4038)
> 11 North State Street
> Dover, Delaware 19901
> (302) 674-3841
>
> and
>
> Harry C. Storm
> Lerch, Early & Brewer, Chartered
> 3 Bethesda Metro Center, Suite 460
> Bethesda, MD 20814
>
> *Attorneys for the Plaintiffs*

DATED: February 21, 2008