THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>GLES, INC., d/b/a SWEET OIL COMPANY, <br><br>　　　　　　Defendant/Third-Party Plaintiff, <br><br>　　v. <br><br>SUNOCO, INC., <br><br>　　　　　　Third-Party Defendant. | C.A. No. 07-cv-207 (GMS) <br><br>TRIAL BY JURY OF TWELVE DEMANDED. |

## NOTICE OF SERVICE OF DISCOVERY

　　　PLEASE TAKE NOTICE that **PLAINTIFFS' EXPERT REPORT** was served upon the following counsel on February 22, 2008 via e-mail and U.S. Mail. A copy of this Notice of Service of Discovery was also served on the counsel below by U.S. Mail on February 22, 2008.

Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

20083.1\361546v1

Hugh J. Hutchinson, Esquire
Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP
1515 Market Street, 18th Floor
Philadelphia, PA 19102

Matthew A. Kaplan, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899

A. Christopher Young, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

**PRICKETT, JONES & ELLIOTT, P.A.**

By: _____
David E. Brand (DE Bar No. 201)
John W. Paradee (DE Bar No. 2767)
D. Benjamin Snyder (DE Bar No.. 4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841

and

Harry C. Storm
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

*Attorneys for the Plaintiffs*

DATED: February 22, 2008