IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation, CHESAPEAKE PRODUCTS & SERVICES, INC., a Delaware corporation<br><br>Plaintiffs,<br>v.<br><br>GLES, INC., a Delaware corporation, d/b/a SWEET OIL COMPANY,<br><br>Defendant/Third-Party Plaintiff<br>v.<br><br>Sunoco, Inc.<br><br>Third-Party Defendant | C.A. No. 07-cv-207 (GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## NOTICE OF DEPOSITIONS

Defendant/Third-Party Plaintiff GLES, Inc. d/b/a Sweet Oil Company will take the depositions upon oral examination of Plaintiff BCG, Inc. and Chesapeake Products & Services, Inc. on Thursday, March 27, 2008, commencing at 10:00 a.m. The depositions will be taken before a Notary Public authorized to administer an oath, and will continue from day to day until completed. The depositions will be conducted at the offices of Young Conway Stargatt & Taylor, LLP, 1000 West Street, 17th 19801, Wilmington, DE 19899-0391. The depositions will be recorded by stenographic means.

Plaintiffs BCG, Inc. and Chesapeake Products & Services, Inc. shall designate one or more officers or managing agents to testify pursuant to Fed. R. Civ.P., 30(b)(6) with respect to the following:

1. All aspects of the claims, and factual support for the claims set forth in the Amended Complaint.

2. All aspects of the agreements relating, directly or indirectly to the contractual relationships identified in the Amended Complaint.

3. All facts and information relating to and supporting Plaintiffs' claims for damages, including, but not limited to, the expert report of Arnold Heckman.

4. The Delmar and Laurel monthly restaurant volumes, including sales and profits for calendar year 2003 to the present.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Seth J. Reidenberg
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Hugh J. Hutchison, Esquire
Leonard, Sciolla, Hutchison, Leonard & Tinari, LLP
1515 Market Street, 18th Floor
Philadelphia, PA 19102
(215) 567-1530
(215) 564-4611 (fax)

Dated: March 11, 2008

*Attorneys for Defendant GLES, Inc.,*
*A Delaware Corporation, d/b/a Sweet Oil Company*