IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC., a Delaware corporation and CHESAPEAKE PRODUCTS & SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>GLES, INC., a Delaware corporation, d/b/a SWEET OIL COMPANY,<br><br>Defendant/Third-Party Plaintiff,<br><br>SUNOCO, INC.,<br><br>Third-Party Defendant. | C.A. NO. 07-cv-207 (GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer Lori Lambert to represent Third-Party Defendant, Sunoco, Inc. in this matter.

Respectfully submitted,

/s/ Matthew A. Kaplan
Albert H. Manwaring, IV (#4339)
Matthew A. Kaplan (#4956)
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
kaplanm@pepperlaw.com

*Attorneys for Third Party Defendant Sunoco, Inc. (R&M)*

Dated:  March 13, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission of Jennifer Lori Lambert *pro hac vice* is granted.

Dated:  _____, 2008

United States District Judge

#9405942 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, a copy of the foregoing Third Party Defendant's Motion and Order for Admission *Pro Hac Vice* was served with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

Seth J. Reidenberg, Esq.  
Young Conaway Stargatt & Taylor LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE  19899-0391  
*Attorneys for Defendant/Third-Party Plaintiff*

D. Ben Snyder, Esq.  
Prickett Jones & Elliott, P.A.  
11 North State Street  
Dover, DE  19901  
*Attorneys for Plaintiffs*

/s/ Matthew A. Kaplan  
Matthew A. Kaplan (#4956)

#9405942 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Jennifer Lori Lambert
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone No.: (215) 981-4277
Facsimile No.: (215) 754-4446

Dated: March 5, 2008