**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BCG, INC. and<br>CHESAPEAKE PRODUCTS & SERVICES,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GLES, INC. d/b/a SWEET OIL COMPANY,<br><br>　　　　　　Defendant/Third-Party Plaintiff,<br>v.<br><br>SUNOCO, INC.,<br><br>　　　　　　　　Third-Party Defendant. | :<br>:<br>:<br>: C.A. No. 07-cv-207 (GMS)<br>:<br>:<br>: TRIAL BY JURY<br>: OF TWELVE DEMANDED<br>:<br>: NON-ARBITRATION CASE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON**
**COUNT I OF THE AMENDED THIRD-PARTY COMPLAINT**
**<u>PURSUANT TO FED. R. CIV. P. 56</u>**

For the reasons set forth in the accompanying Opening Brief, Third-Party Defendant Sunoco Inc. (R&M), improperly identified as Sunoco, Inc., by and through its undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on Count I of the Amended Third-Party Complaint as there is no genuine issue as to any material fact and Sunoco, Inc. (R&M) is entitled to judgment as a matter of law.

　　　　　　　　　　　　　　　　　　　　　　**PEPPER HAMILTON LLP**

　　　　　　　　　　　　　　　　　　　　　　<u>/s/ *Matthew A. Kaplan*　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　Matthew A. Kaplan (#4956)
　　　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1709
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1709
　　　　　　　　　　　　　　　　　　　　　　Telephone No.: 302-777-6528

　　　　　　　　　　　　　　　　　　　　　　A. Christopher Young
　　　　　　　　　　　　　　　　　　　　　　Jennifer Lori Lambert
　　　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP

-2-

                                                                         3000 Two Logan Square  
                                                                         Eighteenth and Arch Streets  
                                                                         Philadelphia, PA 19103-2799  
                                                                         Telephone No.: 215-981-4190

Dated: April 7, 2008                             *Attorneys for Third-Party Defendant,*  
                                                                         *Sunoco, Inc. (R&M)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of **Third-Party Defendant Sunoco, Inc. (R&M)'s Motion for Summary Judgment** was served electronically upon the following counsel of record via *LexisNexis File and Serve*:

| | |
|---|---|
| Seth J. Reidenberg, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>*Attorneys for Defendant/Third Party Plaintiff,*<br>*GLeS, Inc., d/b/a Sweet Oil Company* | John W. Paradee, Esq.<br>D. Benjamin Snyder, Esq.<br>Glenn C. Mandalas, Esq.<br>PRICKETT JONES & ELLIOTT<br>11 North State Street<br>Dover, DE 19901<br><br>*Attorneys for Plaintiffs,*<br>*BCG, Inc. and Chesapeake Products &*<br>*Services* |

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BCG, INC. and<br>CHESAPEAKE PRODUCTS & SERVICES,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GLES, INC. d/b/a SWEET OIL COMPANY,<br><br>　　　　　　　　Defendant/Third-Party Plaintiff,<br>v.<br><br>SUNOCO, INC.,<br><br>　　　　　　　　　　Third-Party Defendant. | :<br>:<br>:<br>:  C.A. No. 07-cv-207 (GMS)<br>:<br>:<br>:  TRIAL BY JURY<br>:  OF TWELVE DEMANDED<br>:<br>:  NON-ARBITRATION CASE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this ___ day of _____, 2008, upon consideration of Third-Party Defendant's Motion for Summary Judgment and supporting Brief, and Defendant/Third Party Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in favor of Third-Party Defendant Sunoco, Inc. (R&M) as there is no genuine issue as to any material fact and Sunoco, Inc. (R&M) is entitled to judgment as a matter of law as to Count I of Defendant/Third-Party Plaintiff's Amended Third-Party Complaint declaring that GLeS, Inc. d/b/a Sweet Oil Company is liable to pay Sunoco liquidated damages under the Incentive Agreements as a result of the non-renewal of the Distributor Agreement and the debranding of the Delmar and Duck-In stations in February 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE