# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Matthew A. Kaplan
direct dial: 302.777.6528
kaplanm@pepperlaw.com

May 7, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  *BCG, Inc. et al. v. Sweet Oil Co. v. Sunoco, Inc.*, C.A. No. 07-207 (GMS)

Dear Judge Sleet:

Third-Party Defendant Sunoco, Inc. (R&M), requests oral argument on its *Motion for Summary Judgment on Count I of the Amended Third-Party Complaint Pursuant to Fed. R. Civ. P. 56*. Briefing on the motion is now complete and the case is scheduled to go to trial in September.

Respectfully,

*/s/ Matthew Kaplan*

Matthew A. Kaplan (#4956)

MAK/kw

cc:  Seth J. Reidenberg, Esquire
   Hugh Hutchinson, Esquire
   David B. Snyder, Esquire
   Harry C. Storm, Esquire
   A. Christopher Young, Esquire
   Jennifer L. Lambert, Esquire