IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BCG Inc., et al.                        :
                                        :
        Plaintiffs                      :
                                        :
    v.                                  :   Civil Action No. 07-207 GMS-LPS
                                        :
GleS, Inc.                              :
                                        :
        Defendant                       :
                                        :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___24TH___ day of June 2008, IT IS ORDERED THAT:

1. Magistrate Judge Leonard P. Stark shall regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

June ___24___, 2008

FILED
JUN 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE