# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

* ALSO ADMITTED IN PA

Writer's E-Mail Address: DBSNYDER@prickett.com

July 18, 2008

**VIA ELECTRONIC FILING**

Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

RE:   BCG, INC. v. GLES, INC. v. SUNOCO, INC.
      C.A. No. 07-cv-207 (GMS)

Dear Chief Judge Sleet:

Our office is Delaware counsel for plaintiffs. Attached please find a Stipulation to Amend Scheduling Order that I am submitting for the Court's approval.

The parties are requesting additional time to prepare and submit the Joint Proposed Pretrial Order. The current deadline for the pretrial order is August 11, 2008  The parties would like to change this deadline to August 22, 2008. The pretrial conference is scheduled for September 3, 2008, which remains unaffected by the attached stipulation. Counsel for all parties have approved this stipulation.

If the stipulation prompts any questions, counsel are available at the Court's convenience.

Respectfully submitted,

D. Benjamin Snyder, Esquire
DE Bar ID No. 4038

cc:   Seth J. Reidenburg, Esq.
      Hugh Hutchison, Esq.
      Matthew A. Kaplan, Esq.
      A. Christopher Young, Esq.
      Harry C. Storm, Esq.
Enc.  Stipulation to Amend Scheduling Order