IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE<br>PRODUCTS & SERVICES, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY,<br><br>      Defendant/Third-Party<br>      Plaintiff,<br><br>      v.<br><br>SUNOCO, INC.,<br><br>      Third-Party<br>      Defendant. | C.A. No. 07-cv-207 (GMS)<br><br>TRIAL BY JURY OF TWELVE<br>DEMANDED |

## STIPULATION TO AMEND SCHEDULING ORDER

The parties in the above-captioned action hereby stipulate and agree, subject to the approval of the Court, that the Scheduling Order entered by the Court on August 7, 2007 is hereby amended as follows:

1.    Plaintiffs' shall deliver their draft of the parties' Joint Proposed Pretrial Order to defendant and third-party defendant on or before August 1, 2008.

2.    Defendant and third-party defendant shall deliver any comments on the plaintiffs' draft of the parties' Joint Proposed Pretrial Order as well as the information that they propose to include in the parties' Joint Proposed Pretrial Order to plaintiffs on or before August 18, 2008.

3.  The parties Joint Proposed Pretrial Order is due to the Court on August 22, 2008.

4.  The remaining dates and deadlines contained in the Scheduling Order shall continue to govern the course of proceedings in this action until further Order of the Court.

IT IS SO STIPULATED AND AGREED BY THE PARTIES.

/s/ D. Benjamin Snyder
David E. Brand (DE Bar No. 201)
John W. Paradee  (DE Bar No. 2767)
D. Benjamin Snyder (No. 4038)
Prickett, Jones & Elliott, P.A.
11 North State Street
Dover, Delaware 19901
(302) 674-3841

and

Harry C. Storm
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

*Counsel for the plaintiffs.*

/s/ Edmond D. Johnson
Edmond D. Johnson (DE Bar No. 2257)
Matthew A. Kaplan (DE Bar No. 4956)
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
(302) 777-6528

and

/s/ Seth J. Reidenberg
Seth J. Reidenberg (DE Bar No. 3657)
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6706

and

Hugh J. Hutchison
Leonard, Sciolla, Hutchison,
Leonard & Tinari, LLP
1515 Market Street, 18th Foor
Philadelphia, PA 19102

*Counsel for Gles, Inc.*

A. Christopher Young
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

*Counsel for Sunoco, Inc.*

        **IT IS SO ORDERED** this _____ day of _____, 2008.

 

_____
CHIEF, UNITED STATES DISTRICT JUDGE