IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLES, INC., d/b/a SWEET OIL COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> SUNOCO, INC., <br><br> Third-Party Defendant. | C.A. No. 07-cv-207 (GMS) <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE
TESTIMONY AND REPORT OF ROBERT A. SANDERSON, CPA**

Plaintiffs move *in limine* and pursuant to Fed. R. Evid. 702 to exclude the testimony and report of Robert A. Sanderson, CPA. For reasons set forth below, the motion should be granted.

Defendant GLeS, Inc. t/a Sweet Oil Company (hereinafter "Sweet Oil") has identified Robert A. Sanderson as an expert witness, and provided a purported expert report dated February 21, 2008 (the "Sanderson Report"). The Sanderson Report is attached as Exhibit "A".

Mr. Sanderson's proposed testimony and the Sanderson Report should be excluded pursuant to Fed. R. Evid. 702. Mr. Sanderson's "opinion" consists of the following:

> I have read the attached summary of deliveries, average margins and calculation of damages (the report) prepared by the management of GLeS, Inc. in regard to Laurel Oasis Citgo and Doughboys Mobile's [sic] supply contract with Sweet Oil. I compared the delivery information and average margins in the report with the accounting records of GLeS,. Inc. and tested the

> report's calculations for accuracy. I found no discrepancies between the books and records of GLeS, Inc. and the report and found all calculations to be accurate.

Thus, Mr. Sanderson offers nothing but his opinion of the truth of Sweet Oil's own damage calculation. Indeed, Sweet Oil's representative, Mark Greco, testified at deposition that he (Mr. Greco) prepared the damage estimate. *See* Exhibit "B", Greco Deposition, pp. 85-86.

Under Fed. R. Evid. 702, expert testimony may be offered where such testimony will "assist the trier of fact to understand the evidence or to determine a fact in issue."[1] The proffered evidence here is not helpful to the jury in "understanding" anything. Rather, it is offered solely to bolster credibility of the work performed by Sweet Oil itself. The proposed testimony and report invades the province of the jury and should be excluded. *See, e.g., DeJaegger Construction, Inc. v. Schleininger*, 938 F. Supp. 446, 449 (W.D. Mich. 1996) (stating that "expert testimony is not needed to determine whether a declarant or witness is telling the truth").

WHEREFORE, Plaintiffs respectfully request that the Court exclude the testimony of Mr. Sanderson and his report from evidence at trial. A proposed form of order is attached as Exhibit "C".

---

[1] While "helpfulness is the touchstone of Rule 702," *Breidor v. Sears, Roebuck & Co.*, 722 F.2d 1134, 1139 (3d Cir.1984), and the helpfulness standard is to be interpreted broadly, *American Technology Resources v. United States*, 893 F.2d 651, 655 (3d Cir.), *cert. denied*, 495 U.S. 933, 110 S.Ct. 2176, 109 L.Ed.2d 505 (1990), the proposed testimony of Mr. Sanderson will not be "helpful" to the jury at all. The jury is quite capable to make its own determination of whether Sweet Oil's own damage analysis is accurate.

PRICKETT, JONES & ELLIOTT, P.A.

/s/ D. Benjamin Snyder
David E. Brand (DE Bar No. 201)
John W. Paradee (DE Bar No. 2767)
D. Benjamin Snyder (DE Bar No. 4038)
11 North State Street
Dover, Delaware 19901
(302) 674-3841

*and*

Harry C. Storm
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

*Attorneys for the Plaintiffs*

Date: August 11, 2008

# EXHIBIT A

# SANDERSON & ASSOCIATES, P.A.

CERTIFIED PUBLIC ACCOUNTANTS

February 21, 2008

Hugh Hutchinson, Esq.
Leonard, Sciolla, Hutchinson & Tinari, LLP
1515 Market Street, Suite 1800
Philadelphia, PA 19102

Gentlemen:

I am the outside certified public accountant for GLeS, Inc t/a Sweet Oil Company and have consulted and advised in that capacity for approximately eight years. In providing these services I have acquired a significant knowledge of their businesses and their operations.

I have read the attached summary of deliveries, average margins and calculation of damages (the report) prepared by the management of GLeS, Inc. in regard to Laurel Oasis Citgo and Doughboys Mobile's supply contract with Sweet Oil. I compared the delivery information and average margins in the report with the accounting records of GLeS, Inc. and tested the report's calculations for accuracy. I found no discrepancies between the books and records of GLeS, Inc. and the report and found all calculations to be accurate.

I am a graduate of the University of Delaware with a bachelors degree in accounting and I am certified in Delaware and Pennsylvania and licensed in Delaware. Previous employment includes: Arthur Young, Gunnip & Company, Sanderson, Thompson Ratledge & Zimny and CBIZ Inc. I have been advising small businesses and their owners for over 30 years.

Thank You

*[signature]*

Robert A. Sanderson, CPA

PLAINTIFF'S EXHIBIT 13

23 Forest Creek Drive • Hockessin, Delaware 19707
302.239.3914 • 302.239-1157 Fax • rsanderson@sandersoncpa.net • www.sandersoncpa.net

Sweet Oil Company deliveies in gallons

| 2005 | | January | February | March | April |
|---|---|---|---|---|---|
| Laurel Oasis Citgo | ULR | 0 | 0 | 0 | 0 |
| 3759 Sussex Highway | ULM | 0 | 0 | 0 | 0 |
| Laurel, DE 19956 | ULT | 0 | 0 | 0 | 0 |
| | LSD | 0 | 0 | 0 | 0 |
| Sussex County | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 0 | 0 | 0 | 0 |
| | | | | | |
| Doughboys Mobil | ULR | 0 | 0 | 0 | 0 |
| Rt.13 | ULM | 0 | 0 | 0 | 0 |
| Delmar, MD 21875 | ULT | 0 | 0 | 0 | 0 |
| Wicomico County | LSD | 0 | 0 | 0 | 0 |
| | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 0 | 0 | 0 | 0 |

| 2006 | | January | February | March | April |
|---|---|---|---|---|---|
| Laurel Oasis Citgo | ULR | 28604 | 33606 | 38107 | 40804 |
| 3759 Sussex Highway | ULM | 0 | 0 | 0 | 0 |
| Laurel, DE 19956 | ULT | 0 | 1100 | 3000 | 7101 |
| | LSD | 100326 | 111722 | 142267 | 120597 |
| Sussex County | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 128930 | 146428 | 183374 | 168502 |
| | | | | | |
| Doughboys Mobil | ULR | 84315 | 82130 | 94334 | 90862 |
| Rt.13 | ULM | 0 | 0 | 0 | 0 |
| Delmar, MD 21875 | ULT | 3904 | 6504 | 5801 | 5506 |
| Wicomico County | LSD | 28997 | 25307 | 30607 | 29411 |
| | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 117216 | 113941 | 130742 | 125779 |

| 2007 | | January | February | March | April |
|---|---|---|---|---|---|
| Laurel Oasis Citgo | ULR | 0 | 0 | 0 | 0 |
| 3759 Sussex Highway | ULM | 0 | 0 | 0 | 0 |
| Laurel, DE 19956 | ULT | 0 | 0 | 0 | 0 |
| | LSD | 0 | 0 | 0 | 0 |
| Sussex County | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 0 | 0 | 0 | 0 |
| | | | | | |
| Doughboys Mobil | ULR | 86961 | 21114 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **Rt.13** | ULM | 0 | 0 | 0 | 0 |
| **Delmar, MD 21875** | ULT | 6703 | 2600 | 0 | 0 |
| **Wicomico County** | LSD | 23806 | 2400 | 0 | 0 |
| | KERO | 0 | 0 | 0 | 0 |
| | MONTHLY TOTALS | 117470 | 26114 | 0 | 0 |

| May | June | July | August | September | October |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 48784 | 45557 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 7880 | 1900 |
| 0 | 0 | 0 | 0 | 118420 | 123818 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 175084 | 171275 |
| 0 | 0 | 0 | 0 | 100517 | 96710 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 6203 | 5502 |
| 0 | 0 | 0 | 0 | 23101 | 17804 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 129821 | 120016 |

| May | June | July | August | September | October |
|---|---|---|---|---|---|
| 40199 | 33299 | 10799 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1400 | 2801 | 0 | 0 | 0 | 0 |
| 132393 | 143009 | 38105 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 173992 | 179109 | 48904 | 0 | 0 | 0 |
| 102943 | 89502 | 126620 | 133073 | 69228 | 53712 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 5305 | 6596 | 9221 | 8712 | 5982 | 3404 |
| 28807 | 17403 | 20106 | 23703 | 15406 | 17200 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 137055 | 113501 | 155947 | 165488 | 90616 | 74316 |

| May | June | July | August | September | October |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |

| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |

| November | December | Total |
|---|---|---|
| 34514 | 35206 | 164061 |
| 0 | 0 | 0 |
| 4101 | 7292 | 21173 |
| 131892 | 111606 | 485736 |
| 0 | 0 | 0 |
| 170507 | 154104 | 670970 |
| | | |
| 80835 | 83483 | 361545 |
| 0 | 0 | 0 |
| 5800 | 6904 | 24409 |
| 30103 | 29113 | 100121 |
| 0 | 0 | 0 |
| 116738 | 119500 | 486075 |

| November | December | Total |
|---|---|---|
| 0 | 0 | 225418 |
| 0 | 0 | 0 |
| 0 | 0 | 15402 |
| 0 | 0 | 788419 |
| 0 | 0 | 0 |
| 0 | 0 | 1029239 |
| | | |
| 74569 | 88264 | 1089552 |
| 0 | 0 | 0 |
| 5908 | 5359 | 72202 |
| 15412 | 24708 | 277067 |
| 0 | 0 | 0 |
| 95889 | 118331 | 1438821 |

| November | December | Total |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| | | |
| 0 | 0 | 108075 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 9303 |
| 0 | 0 | 26206 |
| 0 | 0 | 0 |
| 0 | 0 | 143584 |

Sweet Oil estimate of damages

Average Volumes during time dealer honored contracts

Pen Oil assign to Sweet Oil
September 2005

| | Total Purchases | Months purchased | Ave purchases mo | Months due but not honored |
|---|---|---|---|---|
| Laurel Oasis Citgo<br>3759 Sussex Highway<br>Laurel, DE 19956 | 1,700,209 | 11 | 154,564 | 18<br>Term date January 31, 2008 |
| Doughboys Mobil<br>Rt.13<br>Delmar, MD 21875 | 2,068,480 | 18 | 114,916 | 61<br>Term date March 1, 2012 |

| | Average Margin over term honored | Ave Margin times months not honored times ave gals | Equiptment Recapture in Contract per Month | Recapture times Months not Honored |
|---|---|---|---|---|
| Laurel Oasis Citgo<br>3759 Sussex Highway<br>Laurel, DE 19956 | $ 0.02925 | $ 81,378.19 | $ 948.53 | $ 17,073.54 |
| Doughboys Mobil<br>Rt.13<br>Delmar, MD 21875 | $ 0.01667 | $ 116,854.18 | $ - | $ - |

Damages = Loss profits on anticipated gallons + Recapture of Equiptment

| | | |
|---|---|---|
| Laurel Oasis Citgo<br>3759 Sussex Highway<br>Laurel, DE 19956 | $ | 98,451.73 |
| Doughboys Mobil<br>Rt.13<br>Delmar, MD 21875 | $ | 116,854.18 |
| Total Amount Due | $ | 215,305.91 |

# EXHIBIT B

1  system and he got the average margins, and so is that
2  part of what's in Exhibit 75?
3      A.   I don't know that it actually calculates it
4  down to a cents per gallon in this data.
5      Q.   In 75?
6      A.   This is a report that we generated at your
7  request.  This isn't what he used for his report.
8           He had access to this and additional
9  information within our accounting system.
10     Q.   So tell me what he used to calculate this
11 average margin?
12     A.   Let me take a look in here real quick.
13          I don't know that I could say
14 specifically what he did to validate his numbers.  I
15 can tell you what I did to get my numbers.  I mean he
16 spent hours and hours going through the accounting
17 system to establish his verification.
18     Q.   Did you provide him with what you thought the
19 average margin was?
20     A.   I provided him with this attached spreadsheet
21 in No. 13.
22     Q.   You did provide him, then, with the page
23 that's the last page of this exhibit?
24     A.   Yes.

W&F
WILCOX & FETZER LTD.
Registered Professional Reporters

Mark Greco

86

1  Q. That at the top says Sweet Oil Estimate of
2  Damages?
3  A. Yes.
4  Q. That was a document that Mark Greco prepared?
5  A. Yes.
6  Q. And all Sanderson did was review that and say,
7  "Yep, it looks accurate"?
8      MR. HUTCHISON: Objection.
9      THE WITNESS: I don't know what his
10 procedure was to establish it, but I know he spent
11 quite a long time going through our system before he
12 came up with that conclusion.
13 BY MR. STORM:
14 Q. But this page, this last page of Exhibit 13 --
15 and I'm just trying to understand who prepared this
16 page. If I understand your testimony, it is Mark Greco
17 prepared this?
18 A. Yes.
19 Q. And then Sanderson reviewed it and determined
20 that it was accurate?
21 A. Yes.
22 Q. So tell me this process of determining the
23 average margin, what you look at to get that?
24 A. We look at what our costs were and what our

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY,<br><br>       Defendant/Third-Party Plaintiff,<br><br>       v.<br><br>SUNOCO, INC.,<br><br>       Third-Party Defendant. | C.A. No. 07-cv-207 (GMS)<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## ORDER

HAVING CONSIDERED the Motion in *Limine* to Exclude Testimony and Report of Robert A. Sanderson, C.P.A. filed by Plaintiffs in the above-caption action;

NOW THEREFORE, on this _____ day of _____, 2008,

IT IS HEREBY ORDERED that:

1)    the testimony of Robert A. Sanderson, C.P.A. is precluded from trial; and

2)    the Report of Robert A. Sanderson, C.P.A. is excluded from evidence at trial.

 

                                                      _____<br>
                                                            CHIEF JUDGE,<br>
                                                 UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BCG, INC. and CHESAPEAKE PRODUCTS & SERVICES,<br><br>    Plaintiffs,<br><br>  v.<br><br>GLES, INC., d/b/a SWEET OIL COMPANY<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>SUNOCO, INC.,<br><br>    Third-Party Defendant | C.A. No. 07-cv-207(GMS)<br><br>TRIAL BY JURY<br>OF TWELVE DEMANDED |

## CERTIFICATE OF SERVICE

I, D. Benjamin Snyder, hereby certify that on this 11th day of August, 2008, I caused to be electronically filed a true and correct copy of the **PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF ROBERT A. SANDERSON, CPA** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Seth J. Reidenberg, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington DE 19899-0391 | Matthew A. Kaplan, Esquire<br>Pepper Hamilton, LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington DE 19899-1709 |
| | |

20083.1\376857v1

| | |
|---|---|
| Hugh J. Hutchinson, Esquire<br>Leonard, Sciolla, Hutchinson,<br>Leonard & Tinari, LLP<br>1515 Market Street, 18th Floor<br>Philadelphia, PA 19102 | A. Christopher Young, Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799 |
| | |

I further certify that on this 11th day of August, 2008, I caused a copy of the foregoing **PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF ROBERT A. SANDERSON, CPA** to be served by U.S. Mail, postage prepaid, to the above-listed counsel of record.

                                        **PRICKETT, JONES & ELLIOTT, P.A.**

By: _/s/ David E. Brand_____
     David E. Brand (DE Bar No. 201)
     John W. Paradee (DE Bar No. 2767)
     D. Benjamin Snyder (DE Bar No.. 4038)
     11 North State Street
     Dover, Delaware 19901
     (302) 674-3841

and

Harry C. Storm
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814

*Attorneys for the Plaintiffs*

DATED: August 11, 2008